RHODES ET AL. *v.* VIRGILE ET AL.

[No. 29,341. Filed October 3, 1955. Rehearing denied November 29, 1955.]

*Russell Wise*, of Union City, and *John A. Resler*, of Portland, for appellants.

*Wm. A. Gutheil* and *Zane E. Stohler*, of Winchester, for appellees.

ACHOR, J.—Since the same question is involved in this case as in the case of *Rhodes* v. *Shirley*, the judgment herein is affirmed.

Arterburn, Bobbitt and Landis, JJ., concur.

Emmert, C. J., concurs in result.

NOTE.—Reported in 129 N. E. 2d 65.